# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| **Robin Logsdon,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-5011-CV-SW-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed January 31, 2011 [Doc. 13]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed January 31, 2011 [Doc. 13] is **GRANTED**. Accordingly, plaintiff is awarded $4,000.00 in EAJA attorney fees, 28 U.S.C. §2412.

   */s/ John T. Maughmer*
   **JOHN T. MAUGHMER**
   **U. S. MAGISTRATE JUDGE**